**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-cr-282 (TSC) |
| | : | |
| **ELLIOT BISHAI,** | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE

NOW COMES the undersigned, Donald M. Brown, Jr., and does hereby give **NOTICE OF APPEARANCE** on behalf of the Defendant, ELLIOT BISHAI.

Dated: May 19, 2021

/s/ Donald M. Brown, Jr.
Donald M. Brown, Jr.
S.C. Bar No. 9902
brownattycalendar@gmail.com
BROWN & ASSOCIATES, PLLC
Attorneys and Counselors at Law
Park South Professional Center 10440 Park Road, Suite 200
Charlotte, NC 28210
Direct Dial: (704) 542-2525
Facsimile: (704) 541-4751
www.brownattorneys.com
Attorney for Plaintiff