Brown & Associates - The Law Under Five Minutes <brownandassociatespllc@gmail.com>

## Jan 6 cases .. US v. Elliot Bishai, update
1 message

**Don Brown and Teri Gyura** <brownandassociatespllc@gmail.com>   Mon, Jan 31, 2022 at 1:42 PM
To: "Albinson, Grace E. (TAX)" <grace.e.albinson@usdoj.gov>, "Albinson, Grace (USADC)" <Grace.Albinson@usdoj.gov>, "Fletcher, Rachel (USADC)" <Rachel.Fletcher@usdoj.gov>
Cc: Don Brown <brownandassociatespllc@gmail.com>, don@brownattorneys.com
Bcc: Alicia M <alicia@brownattorneys.com>

Hi Grace and Rachel,

After Grace and I spoke Friday, I did speak with Elliot Bishai concerning the Sherrell (sp?) matter, and Elliot is willing to give a statement and answer other questions as well. As a proffer, we expect Elliot to give a statement consistent with my previous correspondence to you, that neither Elliot nor Elias saw Sherrell strike the officer, as they had gotten separated outside the Capitol before that occurred. However, Sherrell did admit to having done this in the car, on the way home, and Elias and Elliot promptly verbally reprimanded him for the assault.

Also Grace you'd indicated that you were going to check with your supervisor on the issue of whether the pre-plea cooperation might be a source of additional mitigation on sentencing.

Please let me know when and how you'd like to proceed.

Thank you,

Don Brown
Counsel for Elliot Bishai

*Please excuse typos. I'm occasionally sending messages from a mobile device.*

**Don Brown, Attorney**
Inbox monitored by Theresa "Teri" Gyura, Legal Assistant



Park South Professional Center
10440 Park Road, Suite 200
Charlotte, NC 28210
T: 704-542-2525
F: 704-541-4751

don@brownattorneys.com
www.brownattorneys.com

Instagram: https://www.instagram.com/brownattorneys/
LinkedIn: https://www.linkedin.com/company/brownattorneys/
Twitter: https://twitter.com/brownattorneys
Facebook:https://www.facebook.com/brownattorneys/

**CONFIDENTIALITY NOTICE:** This e-mail and any attachments thereto are intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution, or copying of this e-mail and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me immediately and permanently delete the original and any copy of any e-mail and discard any printout thereof.

**DISCLAIMER OF TAX ADVICE:** Any discussion in this email cannot be considered tax advice. Actual tax advice would require a detailed and careful analysis of the facts and applicable law, which we expect would be time-consuming and costly. We have not made and have not been asked to make that type of analysis in connection with any advice given in

this e-mail. As a result, we are required to advise you that any Federal tax advice rendered in this e-mail is not intended or written to be used and cannot be used to avoid penalties that the IRS may impose.  In the event, you would like us to perform the type of analysis that is necessary for us to provide an opinion that does not require the above disclaimer, as always, please feel free to contact us.