EXHIBIT B

Memo to Elliot Bishai
From DMB
Date 4 Feb 2022

CW Grace Albinson and Rachel Fletcher…

Fletcher… interested in debriefing and cooperation..

These case a little uniquie for cooperation…

Requiring a debrief for part of plea offer…. A safety valve debrief… admit to own role in offiense..

Best way to go forward is set up a virtual debrief next week..

Will send a debriefing letter.. Came for the day.. Won't be used against him…

Checklist for full cooperation… depending on next to give…

Debriefing letter.. Will reach out for client.

Reach out and get some times …

About two hours for the block…

Frobly have somedone from FBI.. reach out

WILL NEED 2 HOURS FOR DEBRIEF…