EXHIBIT D

The Hon. Judge Chutkan,

My name is Hani Ibraheem Bishai. I'm the defendant's father. A bit about myself first. I'm 54 years old and a naturalized U.S. citizen of Egyptian and Sudanese descent. I graduated from Rutgers in Newark NJ and work in banking risk management. My ex-wife Kim (Elliot's mom) divorced me after 22 years of marriage less than a year ago. Elliot has two younger siblings, Abigail and Faith. I never thought in my life I'd have to send a letter like this. I image you hear that a lot.

You've got lots of other letters attesting to Elliot's character, but I'd like to give two snippets of Elliot's life that show a different side of who he is. Our family used to live in Kuwait for about a year and a half. I was a contractor over there. I took Elliot to an informal outdoor bazaar called the Friday Market in Kuwait City when he was approximately 11 years old. He'd always wanted a pet, and for cultural reasons dogs weren't an option in Kuwait, so we made our way to the parakeet vendor. There were lots of colorful birds on display, but Elliot picked the plain gray bird. He picked it because the Bangladeshi vendor told us we could have it for cheap because no one wanted it because it wasn't garishly colored like the other birds. Elliot felt sorry for it and wanted to "adopt" the bird, so I bought it.

The other quick snippet of life is very similar. When we got back to the United States we settled in Kansas City, MO. Elliot and his sisters wanted a dog, so I took them to the pound. There were lots of cute puppies to choose from. A dog had recently given birth to a litter (I forget the breed) but one remained and it was the runt and a bit gimpy. Of course that's the one Elliot wanted.

Of the many things I could tell you about Elliot, why these two in particular? Because I'm trying to relate to your Honor as concisely as I can a picture of his nature. His character. He's always rooted for the underdog. He's the anti-bully. The only time he got in trouble in high school (from which he earned a 3.725 GPA) was when he got into an altercation in the defense of a kid in his JROTC program.

Your Honor I'm also writing this letter to plead for leniency. You should know that my ex-wife suggested they go to the Jan. 6 protests. She was there as well, although she didn't enter the rotunda. He could have refused to entertain his mom's suggestion but he didn't. He should have known better and he has to own that decision but he's young. Jan. 6 2021 was less than one week after his 21st birthday. He may have acted stupidly, but he' not malicious. He's never been arrested in his life before this whole disaster. Besides that, I've substantially drained my retirement savings paying his legal bills.

You may argue that leniency isn't appropriate because he has to pay for what he's done. Let me explain how he's paid **very dearly** already. Elliot's life-long dream was to serve his country in the military. I'm sure you've gathered that from all his letters of recommendation. He was accepted into the US Army's WOFT program (Warrant Officer Flight Training). WOFT is the only way to become an aviator in the US military without a college education. It is incredibly selective. Statistically it's harder to get into than an Ivy League school. If was the honor and achievement of his short lifetime. After the Jan. 6 arrest, Elliot was notified that he'd been dropped from the program and his security clearance was pulled. The military, his dream, is no longer an option for him. Ever. He became suicidally depressed after that (in my non-medical opinion). His dream had been utterly destroyed. Besides that, he's been de-banked from Wells Fargo and he couldn't fly commercially because his name appeared on some sort of TSA watch-list. Believe it or not, Uber refuses to drive him around.

I'd never for one second minimize what he's done.  But I'm telling you this, because again, he's paid an incredibly high price for his rash behavior and I'm pleading, as his dad, for leniency.  His dream is dead.  Please bear in mind that, while he trespassed at the capitol, he destroyed no property and never acted threateningly towards the Capitol Police.  In fact, he told me he fist-bumped them and thanked them for their service.  He's always been very deferential towards anyone in uniform, military, police, etc.  That's how I raised him.

I have nothing more to add really.  I can only hope and pray that your Honor will take into account the totality of Elliot's life during your sentencing decision, and not just a few hours during which he committed the biggest mistake of his short life.

Yours respectfully,

Hani Ibraheem Bishai

Cell: 312.520.1967
Email:  hani@bishai.org