Elliot Bishai

Warrant Officer Flight Training Board

16 July, 2020

Subj. Why I want to be an Army WOFT Aviator

To answer the question "Why do I want to be an Army WOFT Aviator?" I first need to quickly answer another question: "Why do I want to be an Army Warrant Officer?" The Warrant Officer Corps is something special. Unlike the Enlisted or Commissioned side of the Army, it is a lot more of a close knit community. Being the expert in a field that you're passionate about is an opportunity not easy to come by otherwise.

Commissioned officers by nature are required to be leaders. In my eyes, Warrant Officers are the same, but for one difference: Servant Leadership. Having never been a service member, my viewpoint on this subject is coming from the perspective of having a blank slate and comes only from what I've observed. Warrant Officers, at first, lead by working alongside the soldiers under their command. They know what it's like to be an enlisted soldier. They can relate to and understand them on a deeper level. They know what their soldiers are going through. They lead by serving, not just commanding. Those factors alone contribute to the Servant Leadership style of leading being more prevalent in the Warrant Officer Corps than it is with Commissioned Officers. Their respect isn't earned by having a college degree, it is earned by the dots on their uniform that represent their knowledge, experience, and the fact that Warrant Officers work alongside their soldiers.

1

In addition to all this, flying helicopters in the Army is completely different than most flying jobs in the Armed Forces. Being part of a UH-60/CH-47 crew for instance appeals to me much more than being a sole pilot in the Air Force, which is what I would be working towards in the absence of the WOFT program. One of the main missions for Army Aviation is to support the troops on the ground. To support that PFC kicking down a door. You're not flying alone, you're flying with your crew. Ferrying soldiers to wherever they have to be on time and in the quickest possible manner. You're supporting your own and the camaraderie that comes with that is unparalleled to any flying job in the Air Force. Besides, there would be no Air Force without Army Air Corps

Of course, I have nothing but the highest respect for Commissioned Officers. I am currently enrolled in Air Force ROTC at Oklahoma State University where I'm working to Commision and competing for a pilots slot. However, when I learned about the WOFT program and what it means to be a Warrant Officer and a U.S. Army Aviator, something about that appealed to me very strongly. That "something" is what I've done my best to explain in this essay. I know this is what I am meant to do. I would do whatever it takes to be given the chance to be a Warrant Officer in the worlds greatest Army.

2

# United States Marine Corps



To all who shall see these presents, greeting:
Know Ye that reposing special trust and confidence in the fidelity and abilities of

## Elliot Bishai

I do appoint him a

## CADET MAJOR
*(MERITORIOUSLY)*

in the

# Marine Corps Junior Reserve Officer Training Corps

To rank as such from the twenty ninth day of August two thousand and nineteen. This officer will therefore carefully and diligently discharge the duties of the office to which appointed by doing and performing all manner of things thereunto pertaining. And, I do strictly charge and require all officers and other personnel of lesser rank to render such obedience as is due an officer of this grade and position. And this officer is to observe and follow such orders and directions as may be given from time to time by superior officers acting in accordance with the rules and articles governing the conduct of the United States Marine Corps Junior Reserve Officer's Training Corps. This commission is to continue in force for the time being under the provisions of those regulations relating to officers of the United States Marine Corps JROTC and the component therein which this appointment is made. Given under my hand at Nation Ford High School this twenty ninth day of August in the year of our Lord TWO THOUSAND and NINETEEN.

Sergeant Major John D. Logan USMC Ret.
Marine Instructor, United States Marine Corps
Junior Reserve Officer Training Corps
Nation Ford High School

Colonel Sean T. Mulcahy USMC Ret.
Senior Marine Instructor, United States Marine Corps
Junior Reserve Officer Training Corps
Nation Ford High School



**U.S.  MARINE CORPS JUNIOR ROTC**
Nation Ford High School
1400 A.O Jones Boulevard
Fort Mill, South Carolina 29715

26 Jun 2020

To whom it may concern,

During his senior year at Nation Ford high School (2019-2020) Cadet Elliot Bishai was a Cadet Major in Nation Ford High School Marine Corps JROTC.  In our program, which averages 175 cadets annually, and has ranked as the #1 JROTC unit in the six-state MCJROTC Region 2 for three of the last five years, he served as the Executive Officer, which is the second highest cadet billet.  This is an unusual accomplishment since he started the JROTC program as a sophomore, not a freshman.  This accomplishment alone should give anyone a clear idea of his value to our program which reflected a performance well above that of his peers.  Cadet Bishai seeks selection to U.S. Army Warrant Officer Flight Training and has my absolute highest recommendation.

Cadet Bishai was an intelligent, mature, and positive Marine Corps JROTC cadet within our program.  He actively participated in our program's teams, activities, and community service.  While fully dedicating himself to MCJROTC, Cadet Bishai also fully participated in the U.S. Air Force's Civil Air Patrol, earning his solo flight rating.  He was recently accepted to Oklahoma State University for USAF ROTC.

 As Cadet Executive Officer, he was responsible for the proper execution of all official JROTC activities ranging from community service, to team competitions, to JROTC social activities.  He also served in the capacity of Cadet Battalion Commander in the primary's absence.  His performance in his billet of high responsibility was noteworthy.  Cadet Bishai is a solid young man of character and integrity who embodies and personifies the Marine Corps core values of honor, courage, and commitment.

Cadet Bishai was a starting member of the Nation Ford Drill Team, which is the reigning MCJROTC National Champion team.  As a cadet in our program, Cadet Bishai personally completed more than 300 hours of community service.  Outside of our program, he served his community as a member of Team Rubicon, a Veteran's organization which prepares and responds to natural disasters.

In my opinion, Cadet Elliot Bishai would be a tremendous selection for U.S. Army Warrant Officer Flight School.  I can be contacted at (803) 835-0020 or loganj@fortmillschools.org.

Sincerely,

JOHN D. LOGAN
Sergeant Major, U.S. Marine Corps (Ret.)
Marine Instructor, Nation Ford High School MCJROTC

4



Sergeant First Class Neal Craig USA

613th MP Co. (I/R) Operation NCO
525th Military Police Battalion (I/R)



A native of Fort Mill, South Carolina, Sergeant First Class Neal enlisted in the Army National Guard on 20 March, 1981 and attended Basic Combat Training at Fort McClellan, Alabama and then continued to Fort Rucker, Alabama to attend Advance Individual training to become a Utility Helicopter Repairman/Crew Chief. His military training includes: Basic Combat Training, Advanced Individual Training, Aviation Life Support Equipment Technician Course, Warrant Officer's Candidate Development Course, Primary Leadership Development Course, Basic Military Police Course, Phase I, Basic Military  Police Course, Phase II,  Basic Non Commissioned Officers Course, Phase I, Basic Non Commission Officers Course, Phase II, Advanced Non Commission Officers Course, Phase I, Advanced Non Commission Officers Course, Phase II,  and Army Physical Security School, Army Anti-Terrorism Course, Small Group Leaders Instructor Course, Total Army Training Instructors Course, and the Army Supply Specialist Course, Phase I and Phase II.

Sergeant First Class Neal has served in numerous positions of responsibility. His previous assignments include: Utility Helicopter Repairman, Detachment 2, 1903rd Aviation transportation Co, Michigan National Guard. Entered Active duty as a Warrant Officers Candidate in Rotary Wing Flight Training Program but unfortunately, was medically eliminated at 69.7 hours of flight training due to a non duty related eye injury. Continuing his active duty service as a Crew Chief, Trp D, 4th Sqnd, 12th Air Cav, 5th Inf Div, Fort Polk, Louisiana, Team Leader, Squad Leader, 133rd MP Co, Timmonsville, South Carolina National Guard, Military Police Instructor, 701st MP Co, Fort Leonard Wood, Missouri, Military Police Instructor, 2nd of the 108th MP Co, Fort Jackson, South Carolina, Military Police and Internment/Resettlement Specialist Instructor 2nd of the 100th MP Co, Fort Knox, Kentucky, and currently conducting Internment and Resettlement duties, JTF, Guantanamo Bay, Cuba.

SFC Neal earned an Associate of Arts Degree in Law Enforcement Technology from Central Piedmont Community College, Charlotte, NC and a Bachelor's of Arts Degree in Criminal Justice from Michigan State University, East Lansing, Mi.
Sergeant First Class Neal's military awards and decorations include the Army Aviation Crew Member's Badge, the Expert Badge for the rifle, pistol, and grenade, the Army Commendation (1 OLC), Army Achievement Medal (2 OLC), the Good Conduct Medal, ( 3 Award), the Army Reserve Components Medal, the National Defense Service Medal, the Global War on Terrorism Service Medal,  the NCO Professional Development Medal, the Army Service Ribbon, and the Reserve Components Overseas Ribbon.
Sergeant First Class Neal is a retired police officer in South Carolina, former instructor at the South Carolina Criminal Justice Academy, and his current civilian position, he is a Nuclear Security Officer stationed at the Duke Energy Catawba Nuclear Station, York, South Carolina. SFC Neal is married to the former Miss Nancy Ann Reeves of North Wilkesboro, North Carolina and she currently resides in Fort Mill, South Carolina. He has two sons, John and Jacob.

Arrival Date: 11 October 2013

Departure Date: 30 April 2014

21 March 2021

SFC Craig Morrow Neal
204 Confederate Street
Fort Mill, South Carolina
803-448-7542

Dear Sirs/Madam:

My name is Sergeant First Class Craig Morrow Neal, ret. If time permits, I ask that you read my biography that is attached to this correspondence as to get a better understanding as to who I am.

Let me start by saying that over the course of my 28-year military career and as well as in my civilian capacity, I have been asked on numerous occasions to provide character witness statements for soldiers and civilians alike, and it something I rarely do. My standards are high, competition keen, and selection for consideration is extremely low. Elliot Abraham Bishai has passed my "Litmus Test" and is only the third person I have ever written a character witness statement for.

My experience with knowing Elliot is through my now 18-year-old youngest son, Jacob Craig Neal. My son is currently a senior and Navy Junior Reserve Officer Training Candidate, (JrROTC) attending Catawba Ridge High School in Fort Mill, South Carolina. Prior to CRHS being built, my son attended Nation Ford High School where he was in the Marine JrROTC program with Elliot. My contact with Elliot often took place in the high school, for I am a substitute teacher for the Fort Mill School District. On many occasions I was a witness to Elliot's behavior. As a retired military police instructor, it was obvious from the beginning that Elliot displayed maturity, respect, military bearing, and the utmost courtesy to his peers and as well as the adult faculty and staff of the Fort Mill School District. I would often speak to Elliot when he and other JrROTC students, as well as Civil Air Patrol Cadets would come by the house prior to them going to the movies, bowling, out to eat, etc.

Elliot, being a year ahead of my son, was a role model and mentor not only in the JrROTC program, but also the Civil Air Patrol. He encouraged my son to excel in everything he did. I can proudly say Elliot had a big influence on my son, giving him guidance and support. Jacob has been accepted to the Citadel in Charleston, South Carolina and will start This coming Fall semester with intentions of pursuing a career in the United States Navy.

I am aware that Elliot was processed for and has been accepted to the Warrant Officer's Candidate School and the Army Aviation Helicopter Flight Training program at Fort Rucker, Alabama. I am aware of the long and arduous road to get accepted into that program, ironically, I processed for and was accepted into the same program in 1983. You must pass rigorous medical examinations, academic and phycological testing, and intense background checks, all which Elliot passed.

Often in our youth, we are exposed to intense peer pressure sometimes causing us to make unwise, immature, and often, rash decisions, that at the time, we may seem they are justified and rationalized without considering the totality of the consequences and the consequences of our actions. (I am personally aware of this for my son, Jacob made some unwise decisions in middle school that involved law enforcement), When, in retrospect, we realize the decision we have made was ill advised, realizing we have made a mistake. I feel that Elliot has realized he may have been "caught up in the moment"

with what he thought, at the time, was valid form of protest, that unfortunately, was an illegal encroachment into a restricted area. I feel his remorse is sincere and is aware of the pain and embarrassment he has brought to the United States Army, himself, his family and friends.

I feel that if this situation causes Elliot to be barred from enlistment the United States Army and into the Warrant Officers Candidate Program, it would be a great loss to the armed services. I am unaware of any past disciplinary actions both in criminal justice system and the school system.  His awards and citations through the Civil Air Patrol and JrROTC should be taken into consideration. As a retired Senior Non-Commissioned Officer, my recommendation would be non-judicial punishment, successfully completed, and allow Elliot Abraham Bishai to enter his military contract and become the outstanding warrant officer and pilot that he has extraordinary potential to be.

Respectfully submitted,

Sergeant First Class Craig Morrow Neal, ret

1st Lt. Sue Beutler, Civil Air Patrol
2205 Leroy Avenue
Gastonia, NC 28054

July 17, 2020

Warrant Officer Flight Training Selection Board

Re: Elliot Bishai

Members of the Selection Board:

I am pleased to recommend to you Elliot Bishai for entry into the Warrant Officer Flight Training.

I first met Elliot when he joined the Gastonia Squadron of Civil Air Patrol as a transfer cadet in 2017. His prior squadron was struggling, but Elliot was determined to continue pursuing excellence in Civil Air Patrol, and so sought out another option. From day one he never hesitated to participate, and quickly became an important member of the squadron.

I have had the pleasure of watching him grow, take advice, mentor younger cadets, volunteer for duty, and actively participate in both squadron and statewide events. As a Cadet Captain, Elliot is currently one of our highest ranking cadets. He has served faithfully in numerous leadership positions. I have also had the pleasure of being his commanding officer at statewide events, and have full confidence in his abilities.

Elliot has expressed and pursued his love of flight for years. I have no reservations about his ability to excel in Warrant Officer Flight Training.

Best Regards,

1st Lt. Sue Beutler
Public Affairs Officer
Gastonia Composite Squadron
Civil Air Patrol

8



## *This Certificate is Awarded to*

Elliot Bishai

## *For the Successful Online Completion of*

# NWCG S-190, Introduction to Wildland Fire Behavior (2008) Online

*COURSE COMPLETION DATE*

**09/18/2021**

*NWCG Operations
and Training Committee*

9



## *This Certificate is Awarded to*

Elliot Bishai

## *For the Successful Online Completion of*

NWCG S-130, Firefighter Training (2008) Online
Component

*COURSE COMPLETION DATE*

**09/24/2021**

*NWCG Operations
and Training Committee*

Elliot Bishai
1552 Brookbend Ct.
Fort Mill SC 29715-9448
(816) 520-4990
bishaielliot@gmail.com

EDUCATION

Nation Ford High School Class of 2020 Graduate. 3.7 GPA.
Coursework includes Pre Calculus, Aerospace Engineering, Marine Corps JROTC.

WORK EXPERIENCE

PatRick Environmental

Wildland Firefighter. 2021-Present

Harris Teeter Supermarkets

Checkout-out Clerk and Customer Service, (pa
Recipient of the Harris Teeter Heroes award, in recognition of outstanding customer service and
reliability.

Defender Security

Security guard at Steak 48 Charlotte. 2020-2021

Landscaping

Worked in landscaping 2020-2021

Bi-Lo Supermarkets

Checkout-out associate and bagger.  Received a letter of recommendation from former boss for not
resigning when announcement of store closing occurred.  Worked till final day and participated in store
shut-down procedures. 2015-2017

EXTRA-CURRICULAR ACTIVITIES

Civil Air Patrol, (Cadet Captain) 2016-2021
Qualifications include GES, ICUT, UDF, (Urban Direction Finding), MRO (Mission Radio Operator) and GT3
(Ground Team 3) Ranger 3rd Class.  Serve as senior cadet responsible for mentoring and training
junior-level Cadet-Airman.  Also accountable for the conduct of other Sr. NCOs.  Attended 2 Summer
Encampments and 1 NCO Academy. Also staffed Cadet Leadership Weekend. Head Public Affairs Officer
for Wings Over Wayne Air Show Seymour Johnson AFB, NCWG Ranger Training Weekend, and NC-024
Leadership School. Flight Sergeant of Whiskey Flight at Airman School which received honor flight out of
9 total Flights. NC/VA Winter Encampment Bravo Flight Commander (honor flight).

MCJROTC, (Cadet Major) 2016-2020
Cadet Battalion Executive Officer.
Over 350 community service hours.

11

Varsity Drill Team.
Previously served as the Cadet Officer in charge of the Community Service Department.
Recipient of the Navy League Youth Medal

South Carolina State Guard 2022-present

When serious natural or man-made disasters strike the State of South Carolina, the mission of the State Guard is to quickly respond to protect people and property and to help communities recover. Acting in coordination with the National Guard, state, county, and municipal agencies, the State Guard is trained and ready to put boots on the ground when called upon.

Palmetto Boys State
One of 8 students Selected for 2019 Palmetto Boys state.
Got elected as pro tempore.

Team Rubicon Disaster Response (Volunteer) 2019-2020
Supported disaster relief efforts in multiple states ravaged by tornados and hurricanes. Also supported COVID-19 vaccination and testing Sites.

Nation Ford High School, President, UAV/Engineering Club 2018-2020
Started and served as President of the UAV/Engineering Club.  Periodically meet to discuss technology as it relates to unmanned aerial vehicles and to fly them.  Also discuss licensing issues for drone pilots. Student of the month for the Math Department.

Discipleship Training School, Youth With A Mission (YWAM) 2015
Member of missions trip to Nicaragua where we ministered to adults and children.  Also participated in building and repairing a shelter where people are housed and fed.

AWARDS & HONORS,
Civic Service Award, Military Training Ribbon, Distinguished Service Award, Naval Association Cadet Officer of the Year, Marksman Medal, Varsity Drill, 2nd place finisher in Unarmed Drill Platoon, First Place Inspection Team, Distinguished Conduct Award. Student of the Month in the Math Department Nation Ford High school

REFERENCES
Sean Mulcahy, Colonel USMC (Ret.), Senior Marine Instructor, mulcahys@fortmillschools.org
John Logan, Sergeant Major USMC (Ret). Marine Instructor,

## Qualifications CAP/FEMA

ICUT - Introductory Communications User Training
GTM3 - Ground Team Member Level 3
UDF - Urban Direction Finding Team
MRO - Mission Radio Operator
SET - Skills Evaluator Training
GES - General Emergency Services
OPS - OPSEC
IS 100.c Introduction to Incident Command System
IS 200.b ICS for Single Resources and Initial Action Incidents
IS 775 Emergency Operations Center
IS 700.b National Incident Management System
IS 800.b National Response Framework
IS 75 Military Resources
IS 907 Active Shooter
IS 915 Protecting Critical Infrastructures Against Insider Threats
IS-02200 Basic Emergency Operations Center Functions

## Decorations JROTC/CAP

Unit Citation
Marine Corps Reserve Association Outstanding Unit

### Awards/Achievements JROTC/CAP

Gen J.F. Curry Achievement
Gen Hap Arnold Achievement
Mary Feik Achievement
Wright Brothers Award
Capt Eddie Rickenbacker Achievement
Charles A. Lindbergh Achievement
Gen Jimmy F. Doolittle Achievement
Dr. Robert H. Goddard Achievement
Neil Armstrong Achievement
Gen Billy Mitchell Award
Amelia Earhart Award
Red Service Ribbon
Community Service Ribbon
Cadet Special Activity Ribbon
Encampment Ribbon
Cadet Recruiter Ribbon
Navy League Youth Medal

Officer Leadership Award
Noncommissioned Officer Leadership Award
Civic Service Award
Distinguished Military Training Award
Athletic Participation Award
Longevity / Fidelity Award
Distinguished Conduct Award
Drill Team Award
Orienteering Award

**MILITARY DEPARTMENT**
**THE STATE OF SOUTH CAROLINA**
**SOUTH CAROLINA STATE GUARD**
**OLYMPIA ARMORY, 551 GRANBY LANE**
**COLUMBIA, SOUTH CAROLINA 29201-4655**

P.O 19-1                                                                    22 March 2022

**BISHAI, Elliot**                    PFC              B1002                1BN

Announcement is made of the following award:

Award: State Guard Individual Achievement Ribbon   1st Award

Period of service:    From 19 February 2022 to 20 March 2022

Event:    Perfect Score FMRC

## Citation

While a student at Francis Marion Reception Company, PFC Bishai distinguished himself by enthusiastic participation and personal mastery of the Basic Soldier Skills presented during the course.  He further distinguished himself by attaining a perfect score on the Francis Marion Reception Company exit exam.  This singular achievement reflects great credit upon both 1LT Berger and on the SC State Guard.

BY ORDER OF THE GOVERNOR:

OFFICIAL:                                                           R. VAN MCCARTY
                                                                    Major General, SCARNG
                                                                    The Adjutant General

William Griffin
MAJ, GS, SCSG

DISTRIBUTION:
HHD
HHD-201

15



## Military Department

*TO all who shall see these presents greetings:*

*Know Ye, That reposing special trust and confidence in the patriotism, valor, fidelity and abilities of*

### Elliot Abraham Bishai

*I do hereby assign him to a **Private First Class** upon enlistment in the State Guard of South Carolina to the rank as such from the 19th day of February, Two thousand and Twenty-Two. This individual will carefully and diligently discharge the duties of the rank to which he is assigned by doing and performing all manner of things thereunto appertaining. And I do strictly charge and require all Non-Commissioned Officers, Soldiers and other personnel of lesser rank to render obedience to his appropriate orders, and this individual is to observe and follow such orders and directions, as he shall receive from the President of the United States of America, the Governor of the State of South Carolina or Superior Officers and Non-Commissioned Officers acting in accordance with the provisions of the laws in the regulation of the Military Forces of this State.*

*This assignment is to continue in force under the provisions of the State and Public Laws relating to the Military Forces of this State and the regulations of the components thereof.*

*Done at the City of Columbia, South Carolina, this 21st day of March, Two thousand and Twenty-Two.*

_____
The Adjutant General of South Carolina

_____
Commander, South Carolina State Guard

16

# United States Marine Corps



To all who shall see these presents, greeting:
Know Ye that reposing special trust and confidence in the fidelity and abilities of

## Elliot Bishai

I do appoint him a

## CADET MAJOR
*(MERITORIOUSLY)*

in the

## Marine Corps Junior Reserve Officer Training Corps

To rank as such from the twenty ninth day of August two thousand and nineteen. This officer will therefore carefully and diligently discharge the duties of the office to which appointed by doing and performing all manner of things thereunto pertaining. And, I do strictly charge and require all officers and other personnel of lesser rank to render such obedience as is due an officer of this grade and position. And this officer is to observe and follow such orders and directions as may be given from time to time by superior officers acting in accordance with the rules and articles governing the conduct of the United States Marine Corps Junior Reserve Officer's Training Corps. This commission is to continue in force for the time being under the provisions of those regulations relating to officers of the United States Marine Corps JROTC and the component therein which this appointment is made. Given under my hand at Nation Ford High School this twenty ninth day of August in the year of our Lord TWO THOUSAND and NINETEEN.

Sergeant Major John D. Logan USMC Ret.
Marine Instructor, United States Marine Corps
Junior Reserve Officer Training Corps
Nation Ford High School

Colonel Sean T. Mulcahy USMC Ret.
Senior Marine Instructor, United States Marine Corps
Junior Reserve Officer Training Corps
Nation Ford High School

The Hon. Judge Chutkan,

My name is Hani Ibraheem Bishai. I'm the defendant's father. A bit about myself first. I'm 54 years old and a naturalized U.S. citizen of Egyptian and Sudanese descent. I graduated from Rutgers in Newark NJ and work in banking risk management. My ex-wife Kim (Elliot's mom) divorced me after 22 years of marriage less than a year ago. Elliot has two younger siblings, Abigail and Faith. I never thought in my life I'd have to send a letter like this. I image you hear that a lot.

You've got lots of other letters attesting to Elliot's character, but I'd like to give two snippets of Elliot's life that show a different side of who he is. Our family used to live in Kuwait for about a year and a half. I was a contractor over there. I took Elliot to an informal outdoor bazaar called the Friday Market in Kuwait City when he was approximately 11 years old. He'd always wanted a pet, and for cultural reasons dogs weren't an option in Kuwait, so we made our way to the parakeet vendor. There were lots of colorful birds on display, but Elliot picked the plain gray bird. He picked it because the Bangladeshi vendor told us we could have it for cheap because no one wanted it because it wasn't garishly colored like the other birds. Elliot felt sorry for it and wanted to "adopt" the bird, so I bought it.

The other quick snippet of life is very similar. When we got back to the United States we settled in Kansas City, MO. Elliot and his sisters wanted a dog, so I took them to the pound. There were lots of cute puppies to choose from. A dog had recently given birth to a litter (I forget the breed) but one remained and it was the runt and a bit gimpy. Of course that's the one Elliot wanted.

Of the many things I could tell you about Elliot, why these two in particular? Because I'm trying to relate to your Honor as concisely as I can a picture of his nature. His character. He's always rooted for the underdog. He's the anti-bully. The only time he got in trouble in high school (from which he earned a 3.725 GPA) was when he got into an altercation in the defense of a kid in his JROTC program.

Your Honor I'm also writing this letter to plead for leniency. You should know that my ex-wife suggested they go to the Jan. 6 protests. She was there as well, although she didn't enter the rotunda. He could have refused to entertain his mom's suggestion but he didn't. He should have known better and he has to own that decision but he's young. Jan. 6 2021 was less than one week after his 21st birthday. He may have acted stupidly, but he' not malicious. He's never been arrested in his life before this whole disaster. Besides that, I've substantially drained my retirement savings paying his legal bills.

You may argue that leniency isn't appropriate because he has to pay for what he's done. Let me explain how he's paid **very dearly** already. Elliot's life-long dream was to serve his country in the military. I'm sure you've gathered that from all his letters of recommendation. He was accepted into the US Army's WOFT program (Warrant Officer Flight Training). WOFT is the only way to become an aviator in the US military without a college education. It is incredibly selective. Statistically it's harder to get into than an Ivy League school. If was the honor and achievement of his short lifetime. After the Jan. 6 arrest, Elliot was notified that he'd been dropped from the program and his security clearance was pulled. The military, his dream, is no longer an option for him. Ever. He became suicidally depressed after that (in my non-medical opinion). His dream had been utterly destroyed. Besides that, he's been de-banked from Wells Fargo and he couldn't fly commercially because his name appeared on some sort of TSA watch-list. Believe it or not, Uber refuses to drive him around.

I'd never for one second minimize what he's done.  But I'm telling you this, because again, he's paid an incredibly high price for his rash behavior and I'm pleading, as his dad, for leniency.  His dream is dead.  Please bear in mind that, while he trespassed at the capitol, he destroyed no property and never acted threateningly towards the Capitol Police.  In fact, he told me he fist-bumped them and thanked them for their service.  He's always been very deferential towards anyone in uniform, military, police, etc.  That's how I raised him.

I have nothing more to add really.  I can only hope and pray that your Honor will take into account the totality of Elliot's life during your sentencing decision, and not just a few hours during which he committed the biggest mistake of his short life.

Yours respectfully,

Hani Ibraheem Bishai

Cell: 312.520.1967
Email:  hani@bishai.org

28 May 2022

632 Levi Branch Rd.

Marshall, North Carolina 28753

828-206-1579

Dear Elliot,

In 2021 and 2022, you and I fought wilderness fires beside one another in a number of states over a period of months. As we did, I thought often about your dedication to the effort of protecting our National Forests, your persistence under difficult circumstances including the smoke, the long hikes into and out of the fire while carrying fifty or more pounds, the many hours of constructing control lines, of brushing, cutting snags, and the tedium of gridding and mopping up.

Along with those difficult days, you may also recall the many rewards:

---Seeing that maple tree with a girth of over five feet off the Cole Mountain Trail in the George Washington & Jefferson National Forest near Alto, Virginia: that witness tree is older than our nation. Today it is secure from fire after we punched in a control line in that meadow adjacent to it.

---That gray Thanksgiving Day in November 2021 in the Talladega National Forest in Alabama: we were all wore out from ten days of fighting fire. Our families were far away. Then the local churches prepared and delivered to our position twenty Thanksgiving dinners with Bible verses handwritten on the boxes. That afternoon the clouds lifted and we returned to the fire with restored spirit and renewed energy, after having made that local connection to a community that was grateful for our presence.

---Midnight at the Cherokee National Forest at Weavers Bend east of Newport, Tennessee at the end of March 2022: after winds gusted to 60 mph, the fire ripped uphill on a hillside that was steep as a mule's face. But we held the line until our relief arrived after dawn and a larger fire was averted. Eight hours later we were back on the line mopping up remnants of the fire while gazing out upon the vast wilderness that did not burn.

---You have probably heard me say to you and others that years after our last paycheck for firefighting has been deposited in our bank accounts, we will remember such events as:

- The hand-painted sign in a small town somewhere in some state that says "thank you firefighters."
- The father and daughter waving a thanks to us as they stood by the gate of a fair grounds that served as a fire camp.
- The grandeur of our National Forests and Wildlife Refuges.

1

- The smiles of the two grandmothers (who might have been our own) passing out home-baked goods at the middle school football field where we pitched our tents.
- The handwritten letters from school children thanking us for our efforts to put out the fires in the forestland in their community.

Like me you do not do this job for great financial gain. We are compensated, but the hours are long and difficult and the risks are many: long-term exposure to smoke and ash; falling rocks on fire-weakened hillsides; sniper trees and other overhead hazards; stump holes, loose rocks, and other ground hazards; dehydration and heat exhaustion. Not one of us does not know a firefighter who has died or has been severely injured. Near the entrance to our base camp in Leicester, North Carolina is a memorial for one fallen colleague. At the very bottom of our line-packs are the fire shelters in secure plastic shells covered in black canvass that we carry everywhere we go on a fire and hope we never have to deploy.

During the months we worked together, not once did you complain or lag behind. In fact, you were a leader, being one of the first to grab a fuel jug or a chainsaw or to volunteer for the extra task or the most difficult one. In the smoke, you set an example for many of the younger members of the crew who are new to the profession and are coming to understand for the first time the mental and physical challenges of wilderness firefighting. I have been a witness to your mentoring and encouraging others with patience and compassion, rooted in the memory of your own first weeks. At the same time, you are open to the advice of others and continue to learn and improve your firefighting techniques and increase your stamina.

I chose to address this letter to you, but hope that you will share it with others so that they will know you as I do from months of working on the same crew under challenging circumstances. Many join the profession of wilderness firefighting with the same ambition and good intentions as you and I, but quit after a few months or a few weeks or even after a first fire.

Our fire crews are a wonderful mix of people of different ages and backgrounds, genders, ethnicities and geographical homes. In the spring and autumn during the fire seasons on the East Coast, our colleagues from Redmond, Oregon, Boise, Idaho, Ellensburg, Washington and other communities west of the Mississippi River join us. In late spring and into early autumn, some of us travel to the West to fight fires there. Over the years I have fought fires beside those who live in the woods or in their cars during the off-season and others who live in fine homes. Among our crews are those who have experienced setbacks in life and who try to find a new purpose in their lives through firefighting. We have colleagues with advanced degrees and others who deal with problems of steady employment. We are men and women of many ages, from those in their late teens through a few in their sixth decade of life. The members of our crew are exquisitely diverse.

You are aware as well as I of the professional intimacy of firefighting: how we ride five to a truck to and from fires, inches apart, sometimes for hours; how we walk single file a few feet apart into and out of a fire; how we correct and encourage one another continually in ways normally seen in families; how we learn to respect the needs and space of our brothers and sisters in greens and yellows; how in the intervals of down-time in the wilderness where there is no internet or other modern diversions, we converse and share details of our lives and families, our pasts, and our ambitions.

It was with this same spirit of brotherhood and professional intimacy that you shared details of your participation in the events at our Capitol in Washington D.C. on January 6, 2021. During that same conversation and in ones that followed, I offered my views on the events of that day which I summarize below.

As you know there are decades that separate us in age and experience. You are at the beginning of your professional life and I am nearing the final decade of mine. That being said, I am continually learning from you and our fellow firefighters and feel as much of a student as a teacher. Now as I look again at the resume you shared with me and the list of your accomplishments and your distinguished record, it matches the person I have come to know while fighting fires.

In the course of our conversations, I shared details of my background. I went to Duke University, having graduated in 1976. I have spent over three decades in the Middle East and Africa where I worked as a translator (Arabic and French) and as a manager of logistics and supply chain management on various projects that required foreign language skills. I was a U.S. Peace Corps volunteer in what at the time was the Yemen Arab Republic in the early 1980's. I also served our U.S. Army as a combat linguist during the Iraq War and specifically in support of ODA 166 and ODA 5121 in Iraq. I have attached to this letter to you one of several letters I received.

This is my fifth year of wilderness firefighting which I see as a continuation of national service. In the 1980's, I farmed land I still own in the mountains of western North Carolina where wilderness firefighting (under the supervision of the N.C. Forest Service) was a necessity to protect our land. We wore no Nomex or other fire-resistant clothing. Back then we did not carry backpacks nor fire shelters as we do today. We drank out of our springs and branches when we were thirsty. We had no GPS or cell phones, but knew our mountains and found our way around the perimeters of the fires. Though the basic methods of wilderness firefighting were the same then as they are now, our only tools were fire rakes and backpack sprayers. Though we earned $2.25 an hour, then as now, financial gain was not our primary incentive. We were motivated by a desire to protect our farms, our community and our forests and wildlife.

Over the years when I find myself in the Washington D.C. area, I enjoy touring our nation's capital and learning more about American history through visits to the Smithsonian Museums, the Natonal Archive Museum, the Library of Congress, Arlington National Cemetery, and other sites. Of particular significance for me has been those visits

3

to the Capitol building, including an opportunity to sit in on a session of the U.S. House of Representatives years ago.

Making a reservation for a tour of the U.S. Capitol Building has always been relatively simple.   In recent years you can make an online reservation a day or two before your intended visit and save and present an entrance ticket on your phone.   The last time I did so was with a fellow firefighter in 2018.  I recall the sense of pride I felt at this truly being the American people's house, where in the course of a guided tour you might pass a U.S. congressman and exchange a nod or a smile, where you can pause in the Capitol rotunda and take in the art work depicting scenes from our national history, where you might leave with a better sense of our United States history of 246 years.

On the afternoon of January 6, 2021, I watched the news coverage of the events at the Capitol.  I felt sadness and shame at the desecration that was taking place on the grounds of and inside the Capitol building.  It seemed to me that the smoke of political rhetoric that had been building up for months and years had blinded many Americans.  It seemed to me that we had descended to a low point in civil discourse and common sense.  I felt I was reliving events that I had witnessed elsewhere in the world but never imagined would take place in the United States, much less our nation's capital.   For me it was a revolting scene, as if a mob had descended on that ancient witness tree that we saved near Alto, Virginia with the intention of destroying in a day what had taken centuries to grow.   To this day, I pray that our sense of history and traditional values of civil discussion, debate and compromise will overtake the passions of political rhetoric.

In some ways the profession of wilderness firefighting is simpler than finding solutions to our current political problems.  In the wilderness, the enemy is the flame, smoke and intense heat.   The techniques of building control lines, back-burning, gridding, mopping up, and personal and crew safety are tried and true.

There is an honesty and integrity that pervades the effort of fighting fires.  Ours is a common purpose of extinguishing the flames, finding the lingering embers that might reignite the fire, and restoring the forest by re-seeding, building water breaks on burnt land that might erode, and re-planting trees.  The political opinions of our colleagues (as well as yours and mine) have no relevance to how we carry out our profession.

My impression of you, Elliot, is that you are a man of honor.   I came to this conclusion after months of working beside you.  I pray that there will be a swift and compassionate resolution to your case and that this letter will allow others to see you as I do.   I pray that you will continue on that high road you set out on years ago that is well-described in your resume.

I am not certain how the United States will resolve its political differences in the years ahead of us.  But when I review your resume and ponder your list of accomplishments, when I fight fire beside you, and witness your determination in extinguishing fires and preserving our National Forests, I am optimistic that all will work out for the best.

4

If I can help you in the days and years ahead, please let me know.


With respect and friendship,

**Richard Derek Franck**



**DEPARTMENT OF THE ARMY**
COALITION FORCES
CAMP DELTA, AL KUT, IRAQ

April 3, 2008

[within the Continental United States]
Commander
O.D.A. 5121, B Co, 1'st Bn, 5'th SFG (A)
Building 3218
Fort Campbell, Kentucky 42223

[within F.O.B. Delta, Iraq]
Commander
O.D.A. 5121, Area 70
Forward Operating Base Delta
APO, AE 09331

To Whom It May Concern:

Mr. Richard Derek Franck, a combat linguist, has provided exemplary support to two separate Special Forces Operational Detachment—Alphas (SFOD-A) at Forward Operating Base Delta , Al-Kut, Iraq from April 2007 to April 2008. As the current SFOD-A commander, I wish to note Mr. Franck's competence, his high standards, and his discretion in handling classified information.

Over the past year, Mr. Franck has reviewed and translated hundreds of pages of Arabic documents, made detailed notes of critical meetings in Arabic, and provided research which directly influenced operational decisions for the SFOD-A's. Additionally, Mr. Franck has, at risk to himself, provided linguistic support during combat missions.

Mr. Franck's performance was of the highest caliber. His knowledge of the Arabic language and Arabic and Iraqi cultures as well as his personal drive made him more than a supporter of Special Forces, but a true member of the Special Operations community.

Mr. Franck kept meticulous notes of meetings, maintained contact information for key Iraqi personnel and researched significant activity throughout Iraq. He utilized this data to provide me with timely information regarding the tactical , operational, and strategic situation, which allowed the SFOD-A's to accomplish their missions. Due to the unique nature and time sensitivity of Special Operations missions, this information, his expertise and his advice were often critical to mission planning.

As a military commander, I am thoroughly impressed with Mr. Franck's ability to sort through the daily volume of intelligence in Arabic and present it in a clear and concise manner. It is my opinion as a military officer and a linguist who has operated in several other languages in Europe, South America, and the Middle East, that Mr. Franck's performance as a linguist far exceeds the reasonable expectation of a tactical commander. As a direct result of his efforts over the past months, this detachment has never been unable to accomplish a mission due to lack of situational awareness.

**DEPARTMENT OF THE ARMY**
COALITION FORCES
CAMP DELTA, AL KUT, IRAQ

Mr. Franck has been an invaluable asset to the Green Berets and will undoubtedly be regarded the same way by others to whom he provides his services as a linguist. Mr. Franck's sense of responsibility, his efforts on behalf of the U.S. Army, and his sense of duty to the United States of America is demonstrated daily and reflected proudly in his work.

De Oppresso Liber.

Sincerely,

Eldridge R. Singleton
Captain, SF
SFOD-A Commander

26



*This Certificate is Awarded to*

Elliot Bishai

**For the Successful Online Completion of**

NWCG L-180, Human Factors in the Wildland Fire Service (2014) Online

*COURSE COMPLETION DATE*

**09/19/2021**

*NWCG Operations and Training Committee*

27



# South Carolina
## High School Diploma

The State Board of Education, on the recommendation of state officials, and the administrators and faculty of

## Nation Ford High School

*awards this diploma to*

## Elliot Abraham Bishai

*who has completed the required units of credit for graduation.*
*Given at Fort Mill, South Carolina, this fourth day of June, 2020.*

_____
Governor

James N. Egan, Jr.
Superintendent

Jason B. Johns
Principal

_____
Chair, State Board of Education

Molly M. Spearman
State Superintendent of Education

28



**Global Defenders** <defenders.ukr@gmail.com>
to me ▾

Sun, Mar 6, 12:32 PM

Hello,

Thank you for your interest in joining the Foreign Legion of Ukraine Defense Forces!
We confirm a receipt of your application form!
Please be aware, that due to the unprecedented number of candidates, we need more time to process your application.
DO NOT TRY TO CALL US BY PHONE and DO NOT SEND ADDITIONAL E-MAILS.
Otherwise, your application WILL BE REMOVED from the candidates' list!

Thank you for understanding!

Kind Regards,
Defense Attache Office,
Embassy of Ukraine in the USA

чт, 3 бер. 2022 р. о 19:26 Elliot Bishai <bishaielliot@gmail.com> пише:





HEADQUARTERS CIVIL AIR PATROL
UNITED STATES AIR FORCE AUXILIARY
105 South Hansell Street
Maxwell AFB, Alabama 36112

25 June, 2020

Dear Selection Board Member,

It is with great pleasure that I recommend Elliot Bishai for Warrant Officer Flight Training.  I was Cadet Bishai's flight instructor at the Civil Air Patrol Mid-Atlantic Region's Colonel Roland Butler Flight Academy, summer 2019.  Elliot was one of nine cadets out of a total of twenty-four flight students to earn his solo wings.  Over 62% washed-out.  Elliot did not.

Elliot was a bright, eager Cadet.  He throws himself into whatever task he's assigned.  Add Elliot's strong passion for flight with his focused character and you have a very dedicated and capable flight student.  I had the pleasure to watch Elliot meet the challenges of flight training both on the ground and in the air.

Elliot was usually the first on the ramp in the morning and afternoon preparing the aircraft for flight.  He was quick to grasp the concepts of aviation and translate those concepts into action with very little demonstration.  On top of that, Elliot took to heart the need to be smooth on the controls.  His scan rapidly improved and it wasn't long before he was flying at Private Pilot standards.

Elliot began to exercise the tools he learned at altitude in the traffic pattern.  On one approach, we found ourselves high on final.  Without coaching Elliot entered a smooth slip.  He did a professional job maintaining his flight path.  He let the slip out smoothly and, there we were, on glide path.  Elliot not only demonstrated good aviation skills, but the confidence to try something in the pattern that he'd only practiced at altitude.

Elliot has a great future ahead of him in aviation.  Whether he pursues a career in the military, the airlines, or corporate flying, Elliot will make a positive contribution to the aviation community.  Elliot is very deserving of this opportunity.  Don't let this outstanding individual slip away.

You have my strongest personal recommendation for selecting Elliot Bishai for WOFT.  You will not be disappointed!  If you have any questions I can be reached at (703) 599-3277 or coolidget@aol.com.

Very Respectfully,

*Timothy Coolidge*

Timothy E. Coolidge
USN (Ret.)



**U.S. MARINE CORPS JUNIOR ROTC**
Nation Ford High School
1400 A.O Jones Boulevard
Fort Mill, South Carolina 29715

Reply to:
1000
STM/stm
21 Jun 2020

From:   Senior Marine Instructor
To:     Senior Member, Warrant Officer Flight Training Selection Board, Bldg 101, 453 Novosel
        Street, Fort Rucker, AL 36362

Subj:   LETTER OF RECOMMENDATION IN THE CASE OF ELLIOT BISHAI

1.  I enthusiastically recommend Elliot Bishai to be selected for the Warrant Officer Flight
Training program.

2.  I've known Elliot through my capacity as a Marine Instructor at Nation Ford High School for
the past three years.  He recently graduated from high school thereby completing his sixth
semester of Marine Corps JROTC.  Elliot ascended to the top tier of cadet leadership as both a
member of the Cadet Battalion Leadership Staff and as a Cadet Cadre for my JROTC 4 Honors
class.  Cadet Bishai was selected as the Battalion Executive Officer of our 170 cadet unit and
was promoted to the rank of Cadet Major.  He has also served as the Battalion Armory NCO.  In
addition to being a three-year member of the JROTC Varsity Drill Team, he has also competed
on our JROTC Orienteering Team, Academic Team, and Computer Cyber Defense Team.
Completing more than 400 hours of community service; he has supported Toys-for-Tots, Adopt-
A-Highway, Wreaths-Across-America, Operation Christmas Child, Operation Christmas
Package, Buddy Poppy program, Children's Attention Home, Litter Free Clean-up, as well as
numerous veteran and elementary/middle school festivals and programs.  Elliot has been a
Falcon Ambassador and member of the UAV/Engineering Club.  He received the Marksmanship
badge for shooting excellence, the Civic Service ribbon, the Military Training Ribbon, and the
Distinguished Conduct award.  In addition to his superior academic excellence (3.725 GPA), last
summer Elliot was selected and attended the prestigious South Carolina Boys State and was
elected as pro tempore.

3.  In the Civil Air Patrol program, Cadet Bishai holds the rank of Cadet Captain.  His
qualifications include: General Emergency Services (GES), Introductory Communications User
Training (ICUT), Urban Direction Finding (UDF), Mission Radio Operator (MRO) and Ground
Team 3 (GT3) Ranger 3rd Class.  He serves as a senior cadet responsible for mentoring and
training junior-level, Cadet-Airman.  He is also accountable for the conduct of other senior
noncommissioned officers.  Cadet Bishai has attended two summer encampments and one NCO
Academy.  He also led a Cadet Leadership Weekend.  He was Head, Public Affairs Officer for
Wings Over Wayne Air Show, Seymour Johnson AFB; the North Carolina Wing (NCWG)
Ranger Training Weekend; and NC-024 Leadership School.  Cadet Bishai has been a Flight
Sergeant of Whiskey Flight at Airman School which received honor flight out of nine total
flights.  He most recently held the billet Bravo Flight Commander NC-024.

4.  When Elliot is not involved with Civil Air Patrol events or Marine Corps JROTC activities,
he has worked at Bi-Lo Supermarket as a "Checkout Associate".  He received a letter of

recommendation from his former boss for not resigning when it was announced the store was closing.  He worked until the final day and participated in the shut-down procedures.  He currently works as a "Checkout Clerk" and "Customer Service Representative" at Harris Teeter Supermarket as a 20 hours per week part-time employee and 40 hours per week full-time employee during the past summer.  Elliot is the recipient of the Harris Teeter Heroes award in recognition of outstanding customer service and reliability.

5.  Since knowing Cadet Bishai, he has maintained an unquenchable desire to fly.  His passion is without equal and I am convinced that his commitment to this personal goal will be achieved. Elliot is an exceptional young man of tremendous personal character and developed leadership qualities.  He has a penchant for seeking responsibility and achieving success.  He sets the standard for fidelity, trustworthiness, initiative, and loyalty.  Elliot is known for his unselfishness, integrity, volunteerism, and leadership skills.  Cadet Bishai has been a great contributor to our JROTC program.  He is one of the few "go to" cadets that will always come through when assistance is needed. I place Elliot Bishai in the top five percent of the 1800 cadets that have been members of Nation Ford High School Marine Corps JROTC community.  He is a committed, honest, reliable, intelligent, motivated, respectable, and physically fit young leader. Elliot is an independent thinker who does not give in to peer pressure.  His character is beyond reproach.  He sets an exemplary example for his seniors, peers, and juniors.  He is driven to excell and I predict great accomplishments for him in the future.  I highly recommend Elliot Bishai for Warrant Officer Flight Training.

6.  I am available for additional comment or clarification regarding the exceptional performance, qualities and traits of Elliot Bishai and may be reached at work telephone 803 835-0021, cell phone 910 265-4226 or email address: mulcahys@fortmillschools.org.

> Very respectfully,
>
> *Sean T. Mulcahy*
>
> Sean T. Mulcahy
> Colonel, USMC (Ret.)



Dear Ladies and Gentlemen of the Selection Board,

As a military officer and aviator, I understand the importance of maturity, integrity, and the ability to accept critical feedback.

The path to becoming an aviator in the US military is demanding and requires a high degree of personal maturity. The ability to know oneself intimately to be able to accept feedback be it positive or negative. Taking that feedback and turning it into an action which results in mission success.

In my time working with Elliot Bishai I have come to clearly see his high degree of maturity, internal motivation, and willingness to accept feedback turning it into a positive outcome.

It is my steadfast belief that Elliot Bishai will make an outstanding Army aviator and leader.

As a combat rescue officer in the United States Air Force with seven tours in combat I would be honored to have a man with his integrity, motivation, and drive be a member of my team.

The United States Army will be doing itself a service by selecting this young man to join the ranks of elite military aviators and leaders.  It would be an honor to entertain any follow-up questions you might have at flightfnp@gmail.com.

Respectfully,

*Brian Ackerman*

Brian R Ackerman COL USAF Ret

30 June, 2020

33



NC-024



70570

# Billy Mitchell Award

BE IT KNOWN THAT

Elliot A. Bishai

HAS SATISFACTORILY COMPLETED ALL REQUIREMENTS
AND IS ENTITLED TO THE

## BILLY MITCHELL AWARD

GIVEN AT

## NATIONAL HEADQUARTERS
## CIVIL AIR PATROL

AUXILIARY OF THE UNITED STATES AIR FORCE

14th          August          2019



_____
National Commander

CAPC 31

34

# The State of South Carolina
## Military Department



### South Carolina State Guard

R. VAN MCCARTY
MAJOR GENERAL
THE ADJUTANT GENERAL

OLYMPIA ARMORY, 551 GRANBY LANE
COLUMBIA, S.C. 29201-4655

LEON L. LOTT
BRIGADIER GENERAL
COMMANDER

Order 20-2                                                    21 March 2022

**BISHAI, Elliot A.**        B1002        1552 Brookbend Ct. Fort Mill, South Carolina 29715

You are **APPOINTED** in the South Carolina State Guard:

Rank: Private First Class (PFC)
Assigned to: 1st Civil Support Brigade/1st Battalion/A Company/1st Platoon – 2nd Team
Assignment: Platoon Soldier
Effective Date:  19 February 2022
Authority:  SCSGR 600-1; Chapter 6
Format:  192

BY ORDER OF THE COMMANDER:


OFFICIAL:                                    LEON LOTT
                                             BRIGADIER GENERAL, SCSG
                                             COMMANDING

*William Griffin*

                Digital Signature
WILLIAM GRIFFIN
MAJ, GS, SCSG
DCSPA

DISTRIBUTION:
HHD
Individual

35

June 20, 2020


RE: Elliott Bishai


To: Warrant Officer Flight Training Selection Board


This is a letter of recommendation for Elliott Bishai for the WOFT program. I am 1Lt Alison Caudle of the Civil Air Patrol and I am Cadet Bishai's Deputy Commander of Cadets. I work closely with all cadets at our Squadron, MAR-NC-024, and have watched the progression of Cadet Bishai to C/Captain. He has been a wonderful mentor to all our Cadets, particularly to the Airman, encouraging them to work to become Officers, as well as helping them with drills and PT. His leadership skills have been rewarded by obtaining higher positions within our Squadron.


Cadet Bishai has attended many training schools during his time in the Civil Air Patrol, becoming qualified in ICUT, Urban Direction Finding, Mission Radio Operator, as well as having achieved both his Ground Team 3 and Ranger 3 levels. He has also led flights at several different training schools, and his flights have been awarded Honor Flight.


Cadet Bishai takes on responsibility often without being asked, finding things that need to be done, working with Cadets who need guidance or encouragement and shows great initiative while problem solving. During this time of COVID 19 lockdown, Cadet Bishai has attended online meetings and kept in touch with his Cadets, ensuring that they are both physically and mentally OK.


I highly recommend Elliott Bishai for your program, and I would be happy to discuss this more if you would like to contact me.

Very Respectfully,


*Alison Caudle*


**CIVIL AIR PATROL**


**1st Lt. Alison Caudle, CAP**
**Deputy Commander of Cadets**
NC-024 Gastonia Composite Squadron
(C) 704-305-8979
U.S. Air Force Auxiliary
GoCivilAirPatrol.com
GastoniaCap.gov

# Emergency Management Institute



## FEMA

This Certificate of Achievement is to acknowledge that

**ELLIOT A BISHAI**

has reaffirmed a dedication to serve in times of crisis through continued professional development and completion of the independent study course:

**IS-02200**
**Basic Emergency Operations Center Functions**

*Issued this 18th Day of March, 2022*



0.4 IACET CEU

Jeffrey D. Stern, Ph.D.
Superintendent
Emergency Management Institute
Federal Emergency Management Agency

# Emergency Management Institute



# FEMA

This Certificate of Achievement is to acknowledge that

## ELLIOT A BISHAI

has reaffirmed a dedication to serve in times of crisis through continued
professional development and completion of the independent study course:

### IS-00915
### Protecting Critical Infrastructure
### Against Insider Threats

*Issued this 14th Day of March, 2022*





Jeffrey D. Stern, Ph.D.
Superintendent
Emergency Management Institute
Federal Emergency Management Agency

0.1 IACET CEU

38

# Emergency Management Institute



## FEMA

This Certificate of Achievement is to acknowledge that

### ELLIOT A BISHAI

has reaffirmed a dedication to serve in times of crisis through continued
professional development and completion of the independent study course:

**IS-00907**
**Active Shooter: What You Can Do**

*Issued this 10th Day of March, 2022*





Jeffrey D. Stern, Ph.D.
Superintendent
Emergency Management Institute
Federal Emergency Management Agency

0.1 IACET CEU

# Emergency Management Institute





This Certificate of Achievement is to acknowledge that

**ELLIOT A BISHAI**

has reaffirmed a dedication to serve in times of crisis through continued
professional development and completion of the independent study course:

**IS-00075**
**Military Resources in Emergency Management**

*Issued this 10th Day of March, 2022*



0.2 IACET CEU

Jeffrey D. Stern, Ph.D.
Superintendent
Emergency Management Institute
Federal Emergency Management Agency   40

# Emergency Management Institute



## FEMA

This Certificate of Achievement is to acknowledge that

### ELLIOT A BISHAI

has reaffirmed a dedication to serve in times of crisis through continued
professional development and completion of the independent study course:

**IS-00800.d**
**National Response Framework, An Introduction**

*Issued this 10th Day of March, 2022*



0.3 IACET CEU

Jeffrey D. Stern, Ph.D.
Superintendent
Emergency Management Institute
Federal Emergency Management Agency

# Emergency Management Institute



# FEMA

This Certificate of Achievement is to acknowledge that

## ELLIOT A BISHAI

has reaffirmed a dedication to serve in times of crisis through continued
professional development and completion of the independent study course:

**IS-00520**
**Introduction to Continuity of Operations Planning**
**for Pandemic Influenzas**

*Issued this 10th Day of March, 2022*



0.1 IACET CEU

Jeffrey D. Stern, Ph.D.
Superintendent
Emergency Management Institute
Federal Emergency Management Agency

# Emergency Management Institute



# FEMA

This Certificate of Achievement is to acknowledge that

## ELLIOT A BISHAI

has reaffirmed a dedication to serve in times of crisis through continued professional development and completion of the independent study course:

**IS-00200.c**
**Basic Incident Command System for Initial Response**
**ICS-200**

*Issued this 10th Day of March, 2022*



0.4 IACET CEU

Jeffrey D. Stern, Ph.D.
Superintendent
Emergency Management Institute
Federal Emergency Management Agency   43

# Emergency Management Institute





This Certificate of Achievement is to acknowledge that

**ELLIOT A BISHAI**

has reaffirmed a dedication to serve in times of crisis through continued
professional development and completion of the independent study course:

**IS-00700.b
An Introduction to the National Incident
Management System**

*Issued this 21st Day of January, 2019*



*Steven P. Heidecker*

Steven P. Heidecker
Acting Deputy Superintendent
Emergency Management Institute

0.4 IACET CEU

44

# Emergency Management Institute



## FEMA

This Certificate of Achievement is to acknowledge that

### ELLIOT A BISHAI

has reaffirmed a dedication to serve in times of crisis through continued
professional development and completion of the independent study course:

**IS-00042.a**
**Social Media in Emergency Management**

*Issued this 10th Day of March, 2022*





0.3 IACET CEU

Jeffrey D. Stern, Ph.D.
Superintendent
Emergency Management Institute
Federal Emergency Management Agency

# Emergency Management Institute



## FEMA

This Certificate of Achievement is to acknowledge that

### ELLIOT A BISHAI

has reaffirmed a dedication to serve in times of crisis through continued
professional development and completion of the independent study course:

**IS-00907**
**Active Shooter: What You Can Do**

*Issued this 10th Day of March, 2022*





Jeffrey D. Stern, Ph.D.
Superintendent
Emergency Management Institute
Federal Emergency Management Agency

0.1 IACET CEU

# Emergency Management Institute





This Certificate of Achievement is to acknowledge that

**ELLIOT A BISHAI**

has reaffirmed a dedication to serve in times of crisis through continued
professional development and completion of the independent study course:

**IS-00100.c**
**Introduction to Incident Command System, ICS-100**

*Issued this 21st Day of January, 2019*



*Steven P. Heidecker*

Steven P. Heidecker
Acting Deputy Superintendent
Emergency Management Institute

0.2 IACET CEU

# Emergency Management Institute



## FEMA

This Certificate of Achievement is to acknowledge that

**ELLIOT A BISHAI**

has reaffirmed a dedication to serve in times of crisis through continued
professional development and completion of the independent study course:

**IS-00907**
**Active Shooter: What You Can Do**

*Issued this 10th Day of March, 2022*





0.1 IACET CEU

Jeffrey D. Stern, Ph.D.
Superintendent
Emergency Management Institute
Federal Emergency Management Agency   48

# Emergency Management Institute



# FEMA

This Certificate of Achievement is to acknowledge that

## ELLIOT A BISHAI

has reaffirmed a dedication to serve in times of crisis through continued
professional development and completion of the independent study course:

**IS-00200.c**
**Basic Incident Command System for Initial Response**
**ICS-200**

*Issued this 10th Day of March, 2022*



0.4 IACET CEU

Jeffrey D. Stern, Ph.D.
Superintendent
Emergency Management Institute
Federal Emergency Management Agency